# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALATRISTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | Case No. CV 17-4327 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the Commissioner's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) is DENIED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: December 7, 2017

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE